IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

AGASI SIMONYAN,

        Petitioner,

v.                                               No. CV 10-331 LH/LAM

ERIC HOLDER, et al.

        Respondents.

## O R D E R

**THIS MATTER** having come before the Court on Petitioner's *Motion to Proceed In Forma Pauperis With Financial Affidavit Pursuant to 28 U.S.C. § 1915 (Doc. 2)*, filed on April 8, 2010, and the Court being fully advised;

**IT IS ORDERED** that the motion *(Doc. 2)* is hereby **GRANTED**, and Petitioner may proceed without prepayment of costs or other fees or the necessity of giving security therefor.

**IT IS SO ORDERED.**

                                                        _____
                                                        **LOURDES A. MARTÍNEZ**
                                                        **UNITED STATES MAGISTRATE JUDGE**